In the Matter of SHEENA D. and Others, Infants. NIAGARA COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; DARWIN F., Appellant.

Submitted May 8, 2006; decided July 6, 2006

782

Motion for leave to appeal granted. Motion for assignment of counsel granted and Alan P. Reed, Esq., 20 Gorham Street, Canandaigua, New York 14424 assigned as counsel to the appellant on the appeal herein.